FILED
2023 Nov-14 PM 03:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| Vertos Medical, Inc. | ) Summons |
| | ) (Issued pursuant to Rule 4 of |
| | ) the Federal Rules of Civil |
| Plaintiff, | ) Procedure or other appropriate |
| | ) law.) |
| v. | ) |
| | ) CIVIL ACTION CASE NUMBER: |
| Folsom Metal Products, Inc.; Greg Martin; | ) |
| Jeff Wright; Natalie Blasco; John Reed and | ) 2:23-CV-01544-AMM |
| Deanna Miller, | ) |
| Defendants. | ) |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Folsom Metal Products
c/o Clint Folsom
1449 Court Place
Pelham, Alabama 35124

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Marcus R. Chatterton
Balch & Bingham LLP
Post Office Box 306
Birmingham, AL 35201
(205) 251-8100

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 11/14/23

GREER M. LYNCH, CLERK OF COURT

By: *Crystal Dorkey*
Deputy Clerk

(SEAL OF COURT)

SEE REVERSE SIDE FOR RETURN

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| Vertos Medical, Inc. | ) Summons |
| | ) (Issued pursuant to Rule 4 of |
| | ) the Federal Rules of Civil |
| Plaintiff, | ) Procedure or other appropriate |
| | ) law.) |
| v. | ) |
| | ) CIVIL ACTION CASE NUMBER: |
| Folsom Metal Products, Inc.; Greg Martin; | ) |
| Jeff Wright; Natalie Blasco; John Reed and | ) 2:23-CV-01544-AMM |
| Deanna Miller, | ) |
| Defendants. | ) |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Jeff Wright
5861 Goodrich Rd. Apt. 6C
Clarence Center, NY 14032

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within ___21___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Marcus R. Chatterton
Balch & Bingham LLP
Post Office Box 306
Birmingham, AL 35201
(205) 251-8100

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 11/14/23

SEE REVERSE SIDE FOR RETURN

GREER M. LYNCH, CLERK OF COURT

By: *Crystal Dockery*
Deputy Clerk

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

Case 2:23-cv-01544-AMM   Document 4   Filed 11/14/23   Page 3 of 6

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| Vertos Medical, Inc. | ) | Summons |
| | ) | (Issued pursuant to Rule 4 of |
| | ) | the Federal Rules of Civil |
| Plaintiff, | ) | Procedure or other appropriate |
| | ) | law.) |
| v. | ) | |
| | ) | CIVIL ACTION CASE NUMBER: |
| Folsom Metal Products, Inc.; Greg Martin; | ) | |
| Jeff Wright; Natalie Blasco; John Reed and | ) | 2:23-CV-01544-AMM |
| Deanna Miller, | ) | |
| Defendants. | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Gregory N. Martin
1820 S Milford Rd Suite A
Highland, MI 48357

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Marcus R. Chatterton
Balch & Bingham LLP
Post Office Box 306
Birmingham, AL 35201
(205) 251-8100

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 11/14/23

GREER M. LYNCH, CLERK OF COURT

By: *Crystal Dulaney*
Deputy Clerk

(SEAL OF COURT)

SEE REVERSE SIDE FOR RETURN

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

|  |  |  |  |
|---|---|---|---|
| Vertos Medical, Inc. | ) | | Summons |
| | ) | | (Issued pursuant to Rule 4 of |
| | ) | | the Federal Rules of Civil |
| Plaintiff, | ) | | Procedure or other appropriate |
| | ) | | law.) |
| v. | ) | | |
| | ) | | CIVIL ACTION CASE NUMBER: |
| Folsom Metal Products, Inc.; Greg Martin; | ) | | |
| Jeff Wright; Natalie Blasco; John Reed and | ) | | 2:23-CV-01544-AMM |
| Deanna Miller, | ) | | |
| Defendants. | ) | | |

## Summons in a Civil Action

To: *(Defendant's name and address)*

Deanna Smith Miller
10830 Island Rd.
Ventress, LA 70783-3601

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within ___21___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Marcus R. Chatterton
Balch & Bingham LLP
Post Office Box 306
Birmingham, AL 35201
(205) 251-8100

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 11/14/23

SEE REVERSE SIDE FOR RETURN

GREER M. LYNCH, CLERK OF COURT

By: *Crystal Dorkey*
Deputy Clerk

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| Vertos Medical, Inc. | ) **Summons** |
| | ) (Issued pursuant to Rule 4 of |
| ( | ) the Federal Rules of Civil |
| Plaintiff, | ) Procedure or other appropriate |
| | ) law.) |
| v. | ) |
| | ) **CIVIL ACTION CASE NUMBER:** |
| Folsom Metal Products, Inc.; Greg Martin; | ) |
| Jeff Wright; Natalie Blasco; John Reed and | ) **2:23-CV-01544-AMM** |
| Deanna Miller, | ) |
| Defendants. | ) |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

    John Reed
    632 Lester Street
    Houston, TX 77007

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

    Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

    Marcus R. Chatterton
    Balch & Bingham LLP
    Post Office Box 306
    Birmingham, AL 35201
    (205) 251-8100

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.**
You also must file your answer or motion with the court.

DATE: 11/14/23

GREER M. LYNCH, CLERK OF COURT

By: *(signature)*
Deputy Clerk

SEE REVERSE SIDE FOR RETURN

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

|  |  |
|---|---|
| Vertos Medical, Inc. | ) Summons |
| | ) (Issued pursuant to Rule 4 of |
| | ) the Federal Rules of Civil |
| Plaintiff, | ) Procedure or other appropriate |
| | ) law.) |
| v. | ) |
| | ) CIVIL ACTION CASE NUMBER: |
| Folsom Metal Products, Inc.; Greg Martin; | ) |
| Jeff Wright; Natalie Blasco; John Reed and | ) 2:23-CV-01544-AMM |
| Deanna Miller, | ) |
| Defendants. | ) |

### Summons in a Civil Action

To: *(Defendant's name and address)*

Natalie Blasco
108 Arch St. Apt. 502
Philadelphia, PA 19106-2217

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within ___21___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Marcus R. Chatterton
Balch & Bingham LLP
Post Office Box 306
Birmingham, AL 35201
(205) 251-8100

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.**
You also must file your answer or motion with the court.

DATE: 11/14/23

GREER M. LYNCH, CLERK OF COURT

By: *(signature)*
Deputy Clerk

(SEAL OF COURT)

SEE REVERSE SIDE FOR RETURN

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203